ACCEPTED
04-15-00548-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/23/2015 5:20:26 PM
KEITH HOTTLE
CLERK

## CAUSE NO. 04-15-00548-CV

### IN THE COURT OF APPEALS

### FOURTH COURT OF APPEALS DISTRICT

### SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/23/2015 5:20:26 PM
KEITH E. HOTTLE
Clerk

RUFINA REYES YANEZ,

> Appellant

> v.

AMERICAN GENERAL LIFE INSURANCE COMPANY,

> Appellee

## MOTION FOR THE COURT TO TAKE MANDATORY JUDICIAL NOTICE

**TO THE HONORABLE COURT OF APPEALS:**

Comes Now Appellant, RUFINA REYES YANEZ, asking the Honorable Court of Appeals to take judicial notice of a document filed by Appellant, included herein and entitled Motion For Extension of Time To File Appellant's Brief, which establishes that Appellant's appeal should not have been dismissed for want of prosecution.

1. RUFINA REYES YANEZ is appealing the summary judgment rendered against her and in favor of AMERICAN GENERAL LIFE INSURANCE COMPANY on July 21, 2015.

2. On October 28, 2015, the Court of Appeals entered an order dismissing the appeal for want of prosecution. Appellant filed a motion to reinstate the appeal. The Court of Appeals had previously accepted Appellant's Notice of Appeal provided Appellant paid the filing fee. Appellant has not met those conditions. Verburgt v Dorner, 959 S.W. 2d 615, 616-617 (Tex.1997).

3. As to the findings that Appellant failed to prosecute her appeal RUFINA REYES YANEZ enters a plea of non est factum. Rule 201 of the Texas Rules of Evidence makes is mandatory that the Court of Appeals take judicial notice of its own records and of the attached **Exhibit A**.

4. On September 3, 2015, Appellant filed her notice of Appeal. On September 18, 2015, the District Clerk filed an incomplete Clerk's Record that did not comply with Rule 34.5(a) of the Texas Rules of Appellate Procedure. The Court of Appeals accepted the record without directing of Appeals accepted the record without directing the District Clerk to comply with Rule 34.5(a). See Rule 34.5(d) of the Rules of Appellate Procedure.

The Clerk's Record did not include a copy of the Court Docket Sheet, the motion for mandatory judicial notice filed on July 10, 2015, the Advisory to the Court, and other relevant documents. Attached as **Exhibit B** is a copy of the letter to the District Clerk asking for a Supplementary Clerk's Record.

5.      In Exhibit A, attached Appellant made it lucidly clear that she was asking for an extension of time to file Appellant's Brief and for leave to file her notice of appeal. Rule 201 of the Texas Rules of Evidence compels the Court of Appeals to take notice of the adjudication facts contained in Exhibit A.

6.      **PRAYER**. Premises considered, Appellant RUFINA REYES YANEZ asks the Honorable Court of Appeals to take mandatory judicial notice of Exhibit A and to reinstate her appeal.

Respectfully submitted,

ARMANDO TREVINO
Attorney At Law
State Bar No. 20211100
1519 Washington St, Suite # 1.
Laredo, Texas 78040
Telephone No. (956) 726-1638
Email: armando_trevinolaw@hotmail.com
Attorney For Appellant

Subscribed and sworn to before me on the 23rd day of November, 2015, by Armando Treviño, Attorney for Appellant.

Notary Public, State of Texas

## CERTIFICATE OF SERVICE

I certify that on November 23, 2015, I served a copy of the Motion To Reinstate Appeal was sent via hand-delivery or e-service to Jason A. Richardson, Edison, Mcdowell & Hetherington LLP, 3200 Southwest Freeway, Suite 2100, Houston, Texas 77027, jason.richardson@emhllp.com, Webb County District Clerk's office Esther Degollado.

ARMANDO TREVIÑO

# EXHIBIT A

04-15-00548-CV

CAUSE NO. _____

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

RUFINA REYES YANEZ,
**Appellant**

vs.

AMERICAN GENERAL LIFE INSURANCE COMPANY,
**Appellee**

Trial Court No. 2014CVF000504-D3
341ST DISTRICT COURT OF WEBB COUNTY, TEXAS

MOTION FOR EXTENSION OF TIME TO FILE
APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

1.     Appellant RUFINA REYES YANEZ files this motion for extension of time of 15 days to file her notice of Appeal regarding the final summary judgment that was entered on July 20, 2015. The Notice of Appeal is included with this request for Extension.

2.     The right to appeal is a valuable right and the Supreme Court has made it clear that such a right should not be denied if good cause exists for extending the time to appeal. See Verburgt v. Dorner, 959 S.W. 2nd 615, 616-17 (Tex. 1997).

1

3.    Good cause exists for granting of the extension. During the past several months Appellant's counsel had been involved in Cause No. 15-01-13356-ZCV, David Rodriguez, et al vs. Rose Rock Midstream Field Services, L.L.C., et al filed in the 293rd District Court of Zavala County, Texas, a four vehicle collision that resulted in six deaths and injuries to other persons. The case has involved and will continue to involve multiple depositions, extensive requests for discovery, and examination of the vehicles.

4.    **PRAYER.**    Premises Considered, Appellant asks the Court to grant this motion.

Respectfully submitted,

ARMANDO TREVIÑO
State Bar No. 20211100
1519 Washington St., Suite One
Laredo, Texas  78040
Tel (956) 726-1638
Email: armandotrevinolaw@gmail.com
Attorney for Appellant

Subscribed and sworn to by Armando Treviño on the 3rd day of September, 2015.

JULIA E. C. BREWSTER
Notary Public, State of Texas
My Commission Expires
January 22, 2017

Notary Public, State of Texas

## CERTIFICATE OF SERVICE

I certify that on September 3, 2015, I served a copy of the Motion For Extension Of Time To File Appellant's Brief JASON A. RICHARDSON, EDISON, McDOWELL & HETHERINGTON LLP, 3200 Southwest Freeway, Suite 2100, Houston, Texas 77027, jason.richardson@emhllp.com.

ARMANDO TREVINO

## CAUSE NO. 2014CVF000504-D3

| | | |
|---|---|---|
| RUFINA REYES YANEZ,<br>Plaintiff | § | IN THE DISTRICT COURT |
| | | |
| vs. | § | 341st JUDICIAL DISTRICT |
| | | |
| AMERICAN GENERAL LIFE<br>INSURANCE COMPANY,<br>APPELLEE | § | WEBB COUNTY, TEXAS |

## NOTICE OF APPEAL

RUFINA REYES YANEZ, gives notice that she desires to appeal to the Fourth Court of Appeals the final summary judgment that was rendered on July 20, 2015, against her and in favor of Defendant, American General Life Insurance Company.

Respectfully submitted,

ARMANDO TREVINO
State Bar No. 20211100
1519 Washington St., Suite One
Laredo, Texas 78040-0544
Tel: (956) 726-1638
Email: armandotrevinolaw@gmail.com
Attorney for RUFINA REYES YANEZ

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2015, a true and correct copy of the above and foregoing was served on JASON A. RICHARDSON, EDISON, McDOWELL & HETHERINGTON LLP, 3200 Southwest Freeway, Suite 2100, Houston, Texas 77027, jason.richardson@emhllp.com.

ARMANDO TREVINO

# EXHIBIT B

11/17/2015 4:59:21 PI
Esther Degollad
District Clei
Webb Distri
Esther Jo Garz
2014CVF000504 D

# RAMOS TREVIÑO
## ATTORNEYS AT LAW
### 1519 WASHINGTON ST. SUITE 1
### LAREDO, TEXAS 78040
Email: armandotrevinolaw@gmail.com

CARMEN RAMOS +
ARMANDO TREVIÑO

PHONE NO. (956) 726-1638

November /3, 2015

**via email:**
Hon. Esther Degollando
Webb County District Clerk
1110 Victoria St.
Laredo, Texas 78040

> **Re:** *Court of Appeals No.04-15-00548-CV*
> *Rufina Reyes Yanez v American General Life Insurance Company*

Dear Ms. Degollado:

1.      Plaintiff RUFINA REYES YANEZ is appealing the summary judgment that was rendered against her and in favor of American General Life Insurance Company under Cause No. CVF000504-D3, in the 341st Judicial District Court of Webb County, Texas.

2.      Appellant asks you to prepare the Clerk's Record on appeal and to include the following documents:

    a.    The Court Docket Sheet.

    b.    The Original and all amended petitions.

    c.    The Original and all amended answers.

    d.    Defendant's Motion For Summary Judgment.

    e.    Plaintiff's Response to Motion For Summary Judgment.

    f.    May 13, 2015, Summary Judgment.

    g.    Plaintiff's Motion To Set Aside the May 13, 2015, Summary Judgment.

    h.    Defendant's Response to Plaintiff's Motion To Set Aside May 13, 2015, Summary Judgment.

    i.    Motion For Court to take Mandatory Judicial Notice of Certain Documents.

    j.    June 12, 2015, Supplemental Plaintiff's Motion To Set Aside May 13, 2015, Summary Judgment.

    k.    June 12, 2015, Plaintiff's Supplemental to her Motion to Set Aside May 13, 2015, Summary Judgment.

    l.    June 12, 2015, Second Supplement to Plaintiff's Motion for New Trial.

m. July 10, 2015, Motion For Leave to File Relevant Documents and for Judicial Notice.

n. July 15, 2015, Advisory to the Court.

o. July 20, 2015 Summary Judgment.

p. Plaintiff's Motion To Set Aside July 20, 2015, Summary Judgment.

q. Plaintiff's Notice of Appeal.

r. This letter.

s. A Certified Bill of Costs.

Respectfully submitted,

ARMANDO TREVINO
Attorney At Law
State Bar No. 20211100
1519 Washington St, Suite # 1.
Laredo, Texas 78040
Telephone No. (956) 726-1638
Email: armando_trevinolaw@hotmail.com
Attorney For Appellant


## CERTIFICATE OF SERVICE

I certify that on November __13__, 2015, I served a copy of this leter was sent via e-service to JASON A. RICHARDSON, EDISON, McDOWELL & HETHERINGTON LLP, 3200 Southwest Freeway, Suite 2100, Houston, Texas 77027, jason.richardson@emhllp.com, Clerk, Fourth Court of Appeals, and Ana Alcantar.

ARMANDO TREVINO